## WHITAKER v. WARE & HARPER.

BECK, J. Under the evidence no verdict other than that directed by the court could properly have been returned in this case. The evidence demanding a verdict for the plaintiffs, the court's direction of a finding in their favor will not be disturbed.

*Judgment affirmed. All the Justices concur.*
JULY 14, 1915.

Complaint. Before Judge Pendleton. Fulton superior court. June 18, 1914.

*Hewlett, Dennis & Whitman,* for plaintiff in error.

*Moore & Pomeroy,* contra.